1  Tracy A. Miller, SBN 015920
2  Jessica A. Phipps, SBN 037799
   OGLETREE, DEAKINS, NASH,
3  SMOAK & STEWART, P.C., SBN 00504800
   2415 East Camelback Road, Suite 800
4  Phoenix, AZ  85016
   Telephone:    602-778-3700
5  Facsimile:    602-778-3750
   tracy.miller@ogletree.com
6  jessica.phipps@ogletree.com

7  *Attorneys for Defendant South University*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| Minnie Mylina Potter, | No. |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(A), AND 1446.** |
| South University, | |
| Defendant. | |

Defendant South University, by and through undersigned counsel, hereby removes this case from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona in accordance with 28 U.S.C. §§ 1331, 1441(a), and 1446.

**I.   THE STATE COURT ACTION**

1.   On or around June 23, 2023, Plaintiff filed her Complaint in the Superior Court of the State of Arizona, Maricopa County. The action is entitled *Minnie Mylina Potter v. South University* and bears Case Number CV2023-009546.

2.   True and correct copies of the Complaint, Summons, Certificate of Compulsory Arbitration, Affidavit of Service, Demand for Jury Trial, Application for Deferral or Waiver of Court Fees or Costs, Order Deferring Court Fees, and the current state court docket are attached as **Exhibit 1**.

3.   No other pleadings or documents have been filed in state court as of the date

of this Notice.

## II.     FEDERAL QUESTION JURISDICTION EXISTS

4.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which confers subject matter jurisdiction over cases presenting questions of federal statutory law. *See Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1086 (9th Cir. 2009). Jurisdiction exists pursuant to 28 U.S.C. § 1331 because a federal question is presented on the face of Plaintiff's Complaint. *See Rivet v. Regions Bank of La.*, 522 U.S. 470, 475 (1998).

5.     Plaintiff's Complaint asserts claims arising only under federal law. Plaintiff seeks relief under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e. Removal is authorized under 28 U.S.C. §§ 1331 and 1441(a) because the Complaint presents only questions of federal law.

## III.    OTHER REQUIREMENTS FOR REMOVAL ARE MET

6.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty days have elapsed since July 12, 2023, the date on which Defendant was served by certified mail. *Harras v. Bankers Life and Cas. Co.*, 425 F.3d 689, 693–94 (9th Cir. 2005).

7.     Defendant has served a copy of this Notice of Removal on Plaintiff and a copy has been filed with the Maricopa County Superior Court Clerk pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal filed with the state court clerk is attached as **Exhibit 2**.

8.     Defendant hereby requests that this action be removed from Maricopa County Superior Court to this Court.

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

RESPECTFULLY SUBMITTED this 9th day of August 2023.

          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

          By:    s/ Tracy A. Miller_____
                   Tracy A. Miller
                   Jessica A. Phipps
                   2415 East Camelback Road, Suite 800
                   Phoenix, AZ  85016
                   tracy.miller@ogletree.com
                   jessica.phipps@ogletree.com

          *Attorneys for Defendant South University*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August 2023, I transmitted the foregoing document by email and mail to:

Minnie Mylina Potter
3238 West Citrus Way
Phoenix, Arizona 85017
minniemylina@yahoo.com
Plaintiff Pro Per


*/s/ Georgina S. Hadley*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700