IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MINNIE MYLINA POTTER,                        §
                                             §
            *Plaintiff,*                      §              SA-23-CV-01332-JKP
                                             §
vs.                                          §
                                             §
SOUTH UNIVERSITY, C/O                         §
CORPORATION SERVICE COMPANY;                  §
                                             §
            *Defendant.*                      §

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Application for Permission to File Electronically [#23]. By her motion, Plaintiff, who is proceeding *pro se* in this action, asks the Court for permission to use the Court's e-filing platform due to her living out of state. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Permission to File Electronically [#23] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this cause of action.

SIGNED this 3rd day of November, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE