E-file

**FILED**
November 16, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff: Minnie M. Potter, 3238 W. Citrus Way, Phoenix, AZ 85017

v. South University
Case No. 5:23-cv-1332

Defendant: c/o Ogletree Deakins, 112 E. Pecan St. #2700, San Antonio, TX 78205

File and Record these documents

Exhibits 1, 2, 3 emails to add to case 5:23-cv-1332.

Thank you,
Minnie Mylina Potter

## CERTIFICATE OF SERVICE

I, __Minnie Potter__, Plaintiff pro se, do here by certify that on the __15__ Day of __November__, 20__23__, a true and correct copy of the foregoing pleading was forwarded to _____, the attorney for (Defendant) by __(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)__ at the following address: __(give address of Attorney for the Defendant)__.

Sending: Certified Mail

Ogletree Deakins
112 E. Pecan St.
#2700
San Antonio, TX 78205

Dated: __November 15, 2023__

__Minnie Patter__
Signature of Plaintiff

# Fw: Potter v. South University

From: minnie potter (minniemylina@yahoo.com)
To: becky.escobedo@ogletree.com; tiffany.cox@ogletree.com
Date: Saturday, November 4, 2023 at 01:42 PM MST

Hello,

No, respond to the court by November 6, 2023.

Minnie Potter

> ----- Forwarded Message -----
> **From:** Tiffany Cox Stacy <tiffany.cox@ogletree.com>
> **To:** minnie potter <minniemylina@yahoo.com>
> **Cc:** Ramirez, Jessica <jessica.ramirez@ogletreedeakins.com>
> **Sent:** Saturday, November 4, 2023 at 05:36:29 AM MST
> **Subject:** Potter v. South University
>
> Good morning Ms. Potter,
>
> This case has been transferred to me from our Phoenix office for handling of South University's defense now that the case is pending in the U.S. District Court for the Western District of Texas, San Antonio Division.
>
> We are in receipt of your Motion to Transfer Venue to Georgia. Our response to your motion is due on Monday, November 6, 2023. I intend to file a Motion for Leave to Extend the Deadline for Response to Monday, November 13, 2023. I need to indicate whether you agree to this requested extension or whether you oppose this requested extension. If you could, please let me know on or before Monday.
>
> Thank you.
>
> **Tiffany Cox Stacy | Ogletree Deakins**
> 112 East Pecan Street, Suite 2700 | San Antonio, TX 78205 | Telephone: 210-277-3613
> tiffany.cox@ogletree.com | www.ogletree.com | Bio
> *Board Certified - Labor and Employment Law - Texas Board of Legal Specialization
>
> *This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Case 5:23-cv-01332-JKP-ESC   Document 28   Filed 11/16/23   Page 4 of 5   Exhibit 2

# Re: Potter v. South University

From: minnie potter (minniemylina@yahoo.com)
To: tiffany.cox@ogletree.com
Cc: jessica.ramirez@ogletreedeakins.com
Date: Saturday, November 4, 2023 at 01:29 PM MST

Hello,
What is the reason for the extension?

Minnie Potter

On Saturday, November 4, 2023 at 05:36:29 AM MST, Tiffany Cox Stacy <tiffany.cox@ogletree.com> wrote:

Good morning Ms. Potter,

This case has been transferred to me from our Phoenix office for handling of South University's defense now that the case is pending in the U.S. District Court for the Western District of Texas, San Antonio Division.

We are in receipt of your Motion to Transfer Venue to Georgia. Our response to your motion is due on Monday, November 6, 2023. I intend to file a Motion for Leave to Extend the Deadline for Response to Monday, November 13, 2023. I need to indicate whether you agree to this requested extension or whether you oppose this requested extension. If you could, please let me know on or before Monday.

Thank you.

**Tiffany Cox Stacy | Ogletree Deakins**
112 East Pecan Street, Suite 2700 | San Antonio, TX 78205 | Telephone: 210-277-3613
tiffany.cox@ogletree.com | www.ogletree.com | Bio
*Board Certified - Labor and Employment Law - Texas Board of Legal Specialization

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Case 5:23-cv-01332-JKP-ESC   Document 28   Filed 11/16/23   Page 5 of 5   Exhibit 3

# RE: Potter v. South University

From: Tiffany Cox Stacy (tiffany.cox@ogletree.com)

To: minniemylina@yahoo.com; rebecca.escobedo@ogletreedeakins.com

Date: Sunday, November 5, 2023 at 05:01 AM MST

Good morning Minnie,

I apologize for the inconvenience, but I realized we actually have 14 days to respond per the local rules, so based upon your filing date of October 30, 2023, our deadline to respond is November 13, 2023, without us needing to request an extension.

Thank you.

**Tiffany Cox Stacy | Ogletree Deakins**
112 East Pecan Street, Suite 2700 | San Antonio, TX 78205 | Telephone: 210-277-3613
tiffany.cox@ogletree.com | www.ogletree.com | Bio
*Board Certified - Labor and Employment Law - Texas Board of Legal Specialization

**From:** minnie potter <minniemylina@yahoo.com>
**Sent:** Saturday, November 04, 2023 3:42 PM
**To:** becky.escobedo@ogletree.com; Tiffany Cox Stacy <Tiffany.Cox@ogletreedeakins.com>
**Subject:** Fw: Potter v. South University

**[Caution: Email received from external source]**

Hello,

No, respond to the court by November 6, 2023.

Minnie Potter

----- Forwarded Message -----

**From:** Tiffany Cox Stacy <tiffany.cox@ogletree.com>

**To:** minnie potter <minniemylina@yahoo.com>

**Cc:** Ramirez, Jessica <jessica.ramirez@ogletreedeakins.com>

**Sent:** Saturday, November 4, 2023 at 05:36:29 AM MST

**Subject:** Potter v. South University