**FILED**

May 16, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Western District of Texas BY: _____ MGR _____
U.S. District Clerk's Office                            DEPUTY
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207


Minnie Mylina Potter                    No. 5:23-cv-1332-JKP-ESC
Plaintiff


V.


South University
Defendant



I submitted forms that the defendants' attorney Alex Good (Ogletree Deakins) requested I fill out and email/mail back to him. This letter is just explaining that there are two different packets of information and the title of the forms.

The forms are:


Defendant's First Set of Requests for Production to Plaintiff

Defendant's First Set of Interrogatories to Plaintiff



Thank you,

*Minnie Mylina Potter* (signature)

Minnie Mylina Potter

Western District of Texas
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207


Minnie Mylina Potter                         No. 5:23-cv-1332-JKP-ESC
Plaintiff


V.


South University
Defendant



I submitted forms that the defendants' attorney Alex Good (Ogletree Deakins) requested I fill out and email/mail back to him. This letter is just explaining that there are two different packets of information and the title of the forms.

The forms are:


Defendant's First Set of Requests for Production to Plaintiff

Defendant's First Set of Interrogatories to Plaintiff



Thank you,


Minnie Mylina Potter