Western District of Texas
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

**FILED**
June 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

Minnie Mylina Potter
Plaintiff

No. 5:23-cv-1332-JKP-ESC

V.

South University
Defendant

Title: Cancel Case

6/25/24

Minnie Mylina Potter

Western District of Texas
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

Minnie Mylina Potter           No. 5:23-cv-1332-JKP-ESC
Plaintiff

V.

South University
Defendant

I Minnie Mylina Potter Plaintiff, am requesting to cancel case # No. 5:23-cv-1332-JKP-ESC. Not due to a lack of evidence but due to a lack of time on my part (I am a new small business owner).

Thank you,

*Minnie Mylina Potter*   6/25/24

Minnie Mylina Potter

## Certificate of Service

I hereby certify that on the 25th day of June 2024, the foregoing Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of South University:

**Alex Good | Ogletree Deakins**
112 East Pecan Street, Suite 2700 | San Antonio, TX 78205.

*Minnie M. Patter*

Minnie Mylina Potter
3238 west Citrus way
Phoenix, AZ 85017
480-509-8593